Mary G. Isban, Esq. (009731)
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 N. Central Ave., Suite 1200
Phoenix, AZ  85012
(602) 452-6602
(602) 452-6600 – Fax
misban@cycn-phx.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randall Mesch, | NO. |
| Plaintiff, | **REMOVAL TO FEDERAL DISTRICT COURT UNDER 28 U.S.C. § 1441 (b)** |
| vs. | |
| Southwest Airlines Co., a Texas corporation authorized to conduct business in the State of Arizona; John Does I through V; Jane Does I through V; White Partnerships I through V; and Green Limited Liability Companies I through V, | **(Maricopa County Superior Court Case No. CV2020-010790)** |
| Defendants. | |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD HEREIN:**

Defendant Southwest Airlines Co., files this Notice of Removal of this action to the United States District Court for the District of Arizona and sets forth the following grounds for removal:

1. This suit is a civil action filed in the Superior Court of the State of Arizona, County of Maricopa, Cause No. CV2020-010790.  In compliance with 28 U.S.C.

§ 1441(a) attached as Exhibit "A" is a copy of the attorney verification, Superior Court docket, Plaintiff's Summons, Plaintiff's Complaint, Civil Cover Sheet, Plaintiff's Certificate of Compulsory Arbitration, Affidavit of Service on Southwest Airlines Co., and Defendant's Notice of Removal to Federal Court. These documents constitute all process, pleadings and orders served in this action.

2. Defendant Southwest Airlines Co., received a copy of the Summons and Complaint on September 4, 2020.

3. This court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is removable to this court pursuant to 28 U.S.C. § 1441, in that it is a civil action in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

4. Plaintiff Randall Mesch is resident of the State of Arizona. Defendant Southwest Airlines Co., is incorporated in the State of Texas and its principal place of business is in the State of Texas.

5. Plaintiff seeks compensatory damages from Southwest Airlines Co., in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) for injuries and damages sustained in an incident that occurred on October 28, 2019, on a Southwest Airlines plane that was mid-flight between Sky Harbor Airport in Phoenix, Arizona and Bob Hope Airport in Burbank, California. Plaintiff claims he was injured purportedly as a result of the alleged negligent actions of the employees of Southwest Airlines Co.

6. Pursuant to Local Rule 3.6, Southwest Airlines Co. certifies that this Notice of Removal has been filed with the Clerk of the Superior Court in Maricopa County, Arizona, where the action was commenced.

DATED this 8th day of October, 2020.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**


By  s/ Mary G. Isban
    Mary G. Isban, Esq.
    3101 N. Central Ave., Suite 1200
    Phoenix, AZ  85012
    Attorneys for Defendant

The foregoing pleading was electronically filed this 8th day of October, 2020, with the Clerk of the United States District Court using the CM/ECF System and transmittal to the following registrants:

Eddie A. Pantiliat, Esq.
Melissa Lekha, Esq.
Hymson Goldstein Pantiliat & Lohr, PLLC
14500 N. Northsight Blvd., Suite 101
Scottsdale, AZ  85260
Attorneys for Plaintiff

 s/ Staci Thomas