| | |
|---|---|
| 1 | Mary G. Isban, Esq. (009731) |
| 2 | CAMPBELL, YOST, CLARE & NORELL, P.C. |
|   | 3101 N. Central Ave., Suite 1200 |
| 3 | Phoenix, AZ  85012 |
|   | (602) 452-6602 |
| 4 | (602) 452-6600 – Fax |
| 5 | misban@cycn-phx.com |
|   | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randall Mesch, | NO. |
| Plaintiff, | **VERIFICATION OF COUNSEL** |
| vs. | |
| Southwest Airlines Co., a Texas corporation authorized to conduct business in the State of Arizona; John Does I through V; Jane Does I through V; White Partnerships I through V; and Green Limited Liability Companies I through V, | |
| Defendants. | |

I, MARY G. ISBAN, being first duly sworn upon her oath, deposes and says:

1. On October 8, 2020, I filed a Notice of Removal to Federal Court in the Maricopa County Superior Court under Cause No. CV2020-010790.

2. On October 8, 2020, I filed a Removal in the Federal Court.

3.  I verify that the documents attached to the Notice of Removal are a complete copy of all pleadings and other documents that were previously filed with Maricopa County Superior Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 8, 2020

                                                              s/ Mary G. Isban
                                                              Mary G. Isban



Select Language
Powered by Google **Translate**

# Civil Court Case Information - Case History

### Case Information
Case Number:　CV2020-010790　　　Judge:　　Duncan, Sally
File Date:　　　9/3/2020　　　　　　Location:　Downtown
Case Type:　　Civil

### Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Randall Mesch | Plaintiff | Male | Eddie Pantiliat |
| Southwest Airlines Co | Defendant | | Pro Per |

### Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 9/8/2020 | AFS - Affidavit Of Service | 9/10/2020 | |

**NOTE:** TIFFANY NAGY

| | | | |
|---|---|---|---|
| 9/3/2020 | COM - Complaint | 9/3/2020 | |

**NOTE:** COMPLAINT

| | | | |
|---|---|---|---|
| 9/3/2020 | CSH - Coversheet | 9/3/2020 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 9/3/2020 | CCN - Cert Arbitration - Not Subject | 9/3/2020 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 9/3/2020 | SUM - Summons | 9/3/2020 | |

**NOTE:** Summons

### Case Calendar
**There are no calendar events on file**

### Judgments
**There are no judgments on file**

| Attorney or Party without Attorney:<br>Eddie Pantiliat<br>HYMSON GOLDSTEIN & PANTILIAT, PC<br>14500 N Northsight Blvd, Suite 101<br>Scottsdale, AZ 85260<br>TELEPHONE No.: (480) 991-9077<br>Attorney for: Plaintiff(s) RANDALL MESCH | | | | CLERK OF THE<br>SUPERIOR COURT<br>FILED<br>A. MITTELSTAEDT, DEP<br>20 SEP -8 PM 3: 25 |
|---|---|---|---|---|
| | | Ref No. or File No.:<br>Mesch/22041-00 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA | | | | |
| Petitioner: Randall Mesch, an individual | | | | |
| Respondent: Southwest Airlines Co., a Texas corporation authorized to conduct business in the State of Arizona; et al | | | | |
| **CERTIFICATE OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV2020-010790 |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Summons; Complaint; Certificate of Compulsory Arbitration

   a. Party served        Southwest Airlines Co. c/o The Prentice-Hall Corporation (Statutory Agent)
   b. Person Served     Tiffany Nagy - Service of Process Coordinator
      Age: 18 - 25 yrs. Race: Caucasian Sex: Female Eyes: Height: 5'1 - 5'6 Weight: 121-140 lbs. Hair: Brown

Address where served: 8825 N 23rd Ave Ste 100
                                  Phoenix, AZ 85021-4148

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 9/4/2020    (2) at: 12:00 PM

Person who served papers:
NATIONWIDE LEGAL   Name: Richard F. Acree
                     County of Maricopa, MC-5966            The fee for service was: $ 60.60
                     3150 N. 24TH STREET, D-104
                     Phoenix, AZ 85016
                     (602) 256.9700
                     www.nationwideasap.com

Date: September 04, 2020

(Richard F. Acree)

AZ204727

---

AZ204727.Mesch/22041-00
**CERTIFICATE OF SERVICE**

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
9/3/2020 3:04:40 PM
Filing ID 11971133

Eddie A. Pantiliat (SBN 015231)
Melissa Lekha (SBN 033985)
**HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC**
14500 N. Northsight Blvd., Suite 101
Scottsdale, Arizona 85260
(480) 991-9077
eap@hgplaw.com
mlekha@hgplaw.com
minute@legalcounselors.com
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RANDALL MESCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation authorized to conduct business in the State of Arizona; JOHN DOES I through V; JANE DOES I through V; BLACK CORPORATIONS I through V; WHITE PARTNERSHIPS I through V; and GREEN LIMITED LIABILITY COMPANIES I through V,<br><br>Defendants. | Case No. CV2020-010790<br><br>**COMPLAINT**<br><br>(Tort – Non-Motor Vehicle)<br><br>(Tier 2 Case) |

Plaintiff, for his Complaint against Defendant, state and allege as follows:

### PARTIES, JURISDICTION & VENUE

1. Plaintiff, RANDALL MESCH ("Randy"), is a single man residing in Maricopa County, Arizona.

2. Upon information and belief, Defendant SOUTHWEST AIRLINES CO. ("Southwest"), is a Texas corporation authorized to conduct business in the State of Arizona.

3. The true names of Defendants identified as John Does I through V; Jane Does I through V; Black Corporations I through V; White Partnerships I through V; and Green Liability Companies I through V are currently unknown to Randy, and when she ascertains the true names of said Defendants, she will amend this Complaint to set forth same.

4. This Court has jurisdiction over the parties and venue is proper in this Court.

## GENERAL ALLEGATIONS

5. On or about October 28, 2019, Randy boarded a Southwest aircraft for a flight from Sky Harbor Airport in Phoenix, Maricopa County Arizona to Bob Hope Airport in Burbank, Los Angeles County California ("Flight").

6. A true and accurate copy of Randy's ticket for the Flight is attached hereto as **Exhibit 1**.

7. Sometime after the flight departed Sky Harbor Airport, but prior to when the flight landed at Bob Hope Airport, a member of the Southwest flight crew and/or a passenger attempted to load a hard rigid plastic tool box into the overhead compartment directly above Randy's head and lost control of it.

8. As a result, the tool box landed on Randy's head and elbow and caused significant injuries.

## FIRST CLAIM FOR RELIEF

### (Negligence)

9. Randy incorporates by reference the preceding paragraphs as though fully set forth herein.

10. The direct and proximate cause of Randy's injuries was Defendant's negligence by not providing a safe environment for its passengers, specifically Randy.

11. Defendant's negligence caused serious personal injuries to Randy that included, but were not limited to: numbness throughout his upper left extremities; neck

2

pain; blurred vision; tinnitus; temporary amnesia; confusion; cervical radiculopathy; concussion; limited range of motion; dizziness; nausea; headaches; delayed speech and other cognitive impairments; emotional distress; shock; and fright.

12. As a direct and proximate result of Defendant's negligent failure to provide a safe environment for its passengers, Randy has suffered, and will continue to suffer, for indefinite time, great pain, suffering, discomfort and loss of quality of life.

13. As a further direct and proximate result of Defendant's negligent failure to provide a safe environment for its passengers, Randy has incurred, and will continue to incur further expenses for necessary medical care and treatment.

## SECOND CLAIM FOR RELIEF

### (Vicarious Liability)

14. Randy incorporates by reference the preceding paragraphs as though fully set forth herein.

15. Southwest is vicariously liable for the acts and/or omissions of its employees during the course and scope of their employment with Southwest.

16. The flight crew members were employees and/or agents of Southwest during the Flight.

17. Southwest is an entity and can only act through its agents and employees, like the flight crew members.

18. Southwest breached its duty of care to Randy through the acts and/or omissions of its flight crew members.

19. As a result of the acts and/or omissions of a member of Southwest's flight crew during the course and scope of his/her employment, Randy has suffered, and will continue to suffer, for indefinite time, great pain, suffering, discomfort and loss of quality of life.

20. As a further direct and proximate result of the acts and/or omissions of a member of Southwest's flight crew during the course and scope of his/her employment,

3

Randy has incurred, and will continue to incur further expenses for necessary medical care and treatment.

### THIRD CLAIM FOR RELIEF

### (Negligent Hiring, Supervision and/or Training)

21. Randy incorporates by reference the preceding paragraphs as though fully set forth herein.

22. Southwest owed a duty to Randy to hire, supervise, and/or train its flight crew members to prevent harm to Randy.

23. Southwest failed to hire, supervise, and/or train competent flight crew members present during the Flight.

24. As a direct and proximate result of Southwest's failure, Randy has suffered, and will continue to suffer, for indefinite time, great pain, suffering, discomfort and loss of quality of life.

25. As a further direct and proximate result of Southwest's failure, Randy has incurred, and will continue to incur further expenses for necessary medical care and treatment

### PRAYER FOR RELIEF

WHEREFORE, Randy demands Judgment against Defendant as follows:

A. As to all claims, for an award of compensatory, consequential and incidental damages in the amounts to be determined at trial;

B. For an award of attorneys' fees in the amount of $3,500.00 in the event Plaintiff obtains a Default Judgment against Defendant; and

C. For such other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Randy demands a jury trial on all claims and issues triable by jury in this matter.

4

023090:2/22041-00:PD
1729170v2

DATED this 3rd day of September, 2020.

HYMSON GOLDSTEIN, PANTILIAT & LOHR, PLLC

*[signature]*

Eddie A. Pantiliat (SBN 015231)
Melissa Lekha (SBN 033985)
*Attorneys for Plaintiff*

5

023090:2/22041-00:PD
1729170v2





**Southwest**

FLIGHT: 382
GATE: C2

PHOENIX — PHX ✈ BUR — BURBANK

PASSENGER: MESCH/RANDALL
GROUP: A
POSITION: 24
DATE: Oct 28, 2019

BOARDS: 8:35 AM
DEPARTS: 9:05 AM
STATUS: A-List Preferred
DRINK COUPON: No

A-List Preferred   TSA Pre✓

**Exhibit 1**

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Cuellar, Deputy
9/3/2020 3:04:40 PM
Filing ID 11971134

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

CV2020-010790

**Plaintiff's Attorneys:**
Eddie A. Pantiliat - Primary Attorney
Bar Number: 015231, issuing State: AZ
Law Firm: Hymson Goldstein Pantiliat & Lohr, PLLC
14500 N. Northsight Blvd. Suite 101
Scottsdale, AZ 85260
Telephone Number: (480)991-9077X3119
Email address: eap@hgplaw.com

Melissa Lekha
Bar Number: 033985, issuing State: AZ
Law Firm: Hymson Goldstein Pantiliat & Lohr, PLLC
Telephone Number: (480)991-9077

**Plaintiff:**
RANDALL MESCH
14500 N. Northsight Blvd. Suite 101
Scottsdale, AZ 85260

**Defendant:**
SOUTHWEST AIRLINES CO.
2702 Love Field Dr. HDQ6TX
Dallas, TX 75235

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Cuellar, Deputy
9/3/2020 3:04:40 PM
Filing ID 11971135

Person/Attorney Filing: Eddie A. Pantiliat
Mailing Address: 14500 N. Northsight Blvd. Suite 101
City, State, Zip Code: Scottsdale, AZ 85260
Phone Number: (480)991-9077X3119
E-Mail Address: eap@hgplaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015231, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RANDALL MESCH<br>Plaintiff(s),<br>v.<br>SOUTHWEST AIRLINES CO.<br>Defendant(s). | Case No. CV2020-010790<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** this

By: Eddie A. Pantiliat /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
9/3/2020 3:04:40 PM
Filing ID 11971136

Person/Attorney Filing: Eddie A. Pantiliat
Mailing Address: 14500 N. Northsight Blvd. Suite 101
City, State, Zip Code: Scottsdale, AZ 85260
Phone Number: (480)991-9077X3119
E-Mail Address: eap@hgplaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015231, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

RANDALL MESCH
Plaintiff(s),
v.
SOUTHWEST AIRLINES CO.
Defendant(s).

Case No. CV2020-010790

**SUMMONS**

To: SOUTHWEST AIRLINES CO.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *September 03, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #4924175

1  Mary G. Isban, Esq. (009731)
2  CAMPBELL, YOST, CLARE & NORELL, P.C.
   3101 N. Central Ave., Suite 1200
3  Phoenix, AZ  85012
   (602) 452-6602
4  (602) 452- 6600 – Fax
5  misban@cycn-phx.com
   Attorneys for Defendant
6

7        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
8
         **IN AND FOR THE COUNTY OF MARICOPA**
9

| | |
|---|---|
| RANDALL MESCH, | NO. CV2020-010790 |
| Plaintiff, | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| SOUTHWEST AIRLINES CO., a Texas corporation authorized to conduct business in the State of Arizona; JOHN DOES I through V; JANE DOES I through V; WHITE PARTNERSHIPS I through V; and GREEN LIMITED LIABILITY COMPANIES I through V, | **(Hon. Sally Duncan)** |
| Defendants. | |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD HEREIN:**

Please take notice that a Notice of Removal of this action pursuant to 28 U.S.C. § 1441(a) was filed in the United States District Court for the District of Arizona on October 8, 2020. A copy of the Notice of Removal is attached to this Notice and is hereby served and filed in the above-captioned action.

1 | DATED this 8th day of October, 2020.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By /s/ Mary G. Isban
Mary G. Isban, Esq.
3101 N. Central Ave., Suite 1200
Phoenix, AZ  85012
Attorneys for Defendant

COPY of the foregoing e-filed
this 8th day of October, 2020,
with a copy automatically routed to the
Hon. Sally Duncan.

COPY of the foregoing emailed on
this 8th day of October, 2020, to:

Eddie A. Pantiliat, Esq.
Melissa Lekha, Esq.
Hymson Goldstein Pantiliat & Lohr, PLLC
14500 N. Northsight Blvd., Suite 101
Scottsdale, AZ  85260
Attorneys for Plaintiff

 /s/ Staci Thomas

- 2 -